Reade, J.
 

 The clause of the will presented for consideration is as follows:
 

 “I give unto my beloved wife, Nancy, all of my stock,” &c., “ Whatever property remains belonging to my estate to be divided among our next of kin.”
 

 There are persons who are next of kin to the husband, (the testator,) and there are persons who are next of kin to the wife; but there are no persons who are next of kin to both husband and wife.
 

 The question is, who are meant by
 
 our
 
 next of kin
 
 ?
 

 If there were persons next of kin to both husband and wife, they would fit the description,
 
 our
 
 next of kin, and they would take the whole.
 

 As there are none such, then the estate must be divided into two equal parts, and one part distributed among the next of kin to the husband, and the other part among the next of kin to the wife.
 
 Grandy
 
 v.
 
 Sawyer, ante,
 
 p. 9.
 

 There will be a reference for an account, if the parties desire it.
 

 Per Cdriam.
 

 Decree accordingly.